

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00389-CV
_____

MITCHELL EHRLICH, APPELLANT

V.

HAPPY STATE BANK, IN ITS CAPACITY AS TRUSTEE OF THE
BERTHA MCLAIN IRREVOCABLE TRUST A, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 105,438-E, Honorable Douglas R. Woodburn, Presiding

December 18, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL[1] and PARKER, JJ.

Appellant, Mitchell Ehrlich, has filed an unopposed motion seeking voluntary dismissal of his appeal. The Court finds the motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. As

_____

[1] Justice James T. Campbell, not participating.

the motion does not address costs, costs will be taxed against Ehrlich.  TEX. R. APP. P.

42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam